[No. 16471-0-II.   Division Two.   March 31, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD T. SILVERTHORN, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 92-1-00111-8, Joel M. Penoyar, J., entered September 18, 1992. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Houghton, J.

[No. 15535-4-II.   Division Two.   March 31, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICIA ANN HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-1-03332-5, Terry D. Sebring, J., entered December 3, 1991. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Houghton, J.

[No. 16348-9-II.   Division Two.   March 31, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE ELIAS COLES, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 92-1-00226-1, James E. Warme, J., entered July 28, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, C.J., and Houghton, J.